**Dismissed and Opinion Filed April 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00519-CV

### IN RE ARTHUR ROY MORRISON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-55832-S**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

Relator filed this petition for writ of injunction requesting that the Court enjoin the enforcement of the judgment rendered against him in the criminal case from which this mandamus arises. Relator's attempt to enjoin enforcement of the judgment in this case represents a collateral attack on his conviction. The only proper means of collaterally attacking a final felony conviction is via petition for writ of habeas corpus under article 11.07 of the code of criminal procedure. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (West Supp. 2014) ("After conviction the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner."); *Ater v. Eighth Court of Appeals,* 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding) (in granting writ of mandamus to vacate judgment of conviction, court of appeals usurped the exclusive authority of court of criminal appeals to grant post-conviction relief). This Court has no jurisdiction over complaints that should be raised by post-conviction habeas corpus proceedings brought under article 11.07.

*See* TEX. CODE CRIM. P. Ann. arts. 11.05, 11.07 (West 2005 & Supp. 2014).   We **DISMISS** the petition for writ of injunction.


150519F.P05

                /Molly Francis/
                MOLLY FRANCIS
                JUSTICE